UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHARLES LARRY EPPERSON, | No. 5:19-cv-05208-JDE |
| Plaintiff, | ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation (Dkt. 21), IT IS ORDERED that Plaintiff shall be awarded attorney's fees of $3,100.00 and no costs under 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: March 10, 2020

JOHN D. EARLY
United States Magistrate Judge